```
 1  FRANK BELL, CSBN 038955
    A Law Corporation
 2  333 Bradford Street, Suite 270
    Redwood City, CA 94063
 3  Tel: 650) 365-8300
    Fax: (650) 366-8987
 4  Email: FrankBell@FrankBellLaw.com
 5
    Counsel for Defendant
 6  AHMAD MOSTAFAVI
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )    CR 11-875 DLJ
12                                )
                Plaintiff,        )    STIPULATION AND
13                                )    [] ORDER
                                  )    TO CONTINUE HEARING
14  AHMAD MOSTAFAVI,              )
                                  )
15                                )
                Defendant.        )
16                                )
    _____ )
17
18       Defendant AHMAD MOSTAFAVI is out of custody.  He is represented by
19  counsel, FRANK BELL.  The next court appearance in this matter is scheduled for
20  January 24, 2013 at 9:00 a.m.
21       Counsel for Mr. MOSTAFAVI is counsel for a defendant in a homicide case
22  in San Mateo County, People v. Dante Strauter, SC 69471.  When the above date was
23  scheduled counsel expected to be available to appear because the homicide trial was
24  schedule to take place in November and December, 2012.  However, due to
25  unforseen circumstances, the matter of the trial of the Strauter case had to be
26  postponed and it is now scheduled to begin with in limine motions on January 3,
27  2013.  Counsel has been told that on the date scheduled in this matter he will be in
28  the trial in San Mateo County.  The trial is expected to last until near the end of
```

STIP AND ORDER CONTINUING HEARING                                    Page 1

February, 2013.

All parties further agree that an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161, is called for because the requested continuance is needed to allow counsel sufficient time to prepare, and that the failure to grant the continuance requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties stipulate that the interest of justice outweighs the best interest of the public and the defendants in a speedy trial. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from January 24, 2013 to the new date selected by the court. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Wherefore, this matter will have to be continued to a date in early March, or later, in the year 2013, depending on the court's schedule.

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: January 8, 2013        */s/ Gary Fry*
        GARY FRY
        Assistant United States Attorney

DATED: January 8, 2013        /S/ *Frank Bell*
        FRANK BELL
        Attorney for Defendant
        AHMAD MOSTAFAVI

1 <u>ORDER</u>

2   Good cause appearing;

3   IT IS SO ORDERED and the date for the hearing is continued to March 36, 2013

4 at ; :00 a.m.

5 Dated: FEBGEFH

6 _____
  Hon. D. Lowell Jensen
  United State District Judge

7

8

...

STIP AND ORDER CONTINUING HEARING                                Page 3