Michael B. Nash
Attorney at Law
53 W. Jackson Blvd
Suite 615
Chicago, IL 60604

Attorney for Ahmad Mostafavi

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-1100875 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER RESCHEDULING STATUS HEARING** |
| v. | ) | |
| AHMAD MOSTAVAVI and ALI DAKHTEH, | ) | |
| Defendants. | ) | |

This matter is currently set for status on /Thursday June 13, 2013. Defense counsel for defendant Mostafavi needs additional time for effective preparation. Therefore, defense counsel is requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing.

1. The currently scheduled June 13, 2013 status hearing is hereby vacated.
2. This matter is re-set for status on July 18, 2013, at 9:00 a.m.
3. The time between June 13, 2013 and July 18, 2013, is deemed excludable to allow for effective representation.
4. Counsel for Mostafavi was engaged in trial and bail hearings in United States v. Fakhouri, 10 CR 401 from May 20, 2013 to May 29, 2013 and engaged in trial in United States v. Anzaldi, 11 CR 820, from June 3, 2013 to June 10, 2013 both in the United States District Court for the Northern District of Illinois.

STIPULATED:

DATED: 6/12/2013                                   /s/
                                                   Jeane Dekelver
                                                   Attorney for Ali Dakhteh


DATED: 6/12/2013                                   /s/
                                                   Michael Nash
                                                   Attorney for Ahmad Mostafavi

DATED:   6/12/2013                              /s/
                                        Gary Fry
                                        Assistant United States Attorney


                                        IT IS SO ORDERED.

DATED:   Î☒J☒H                          [signature]
                                        D. Lowell Jensen
                                        United States District Judge